Norwood against the Preferred Accident Insurance Company, by the Eldaen Realty Company against Max E. G. Bensamon, by Leon Gorditzer against Morris Levenson, by Ellen R. Dorsett against Doubleday & Co., by Adolph Barth against James Blaine, by Anna Rosenberg against George Jacobson, by G. Albert Jacob against Antoinette Kellogg, by the Innovation Trunk Company against Arthur C. Platt, and by Julius Stern against the Barrett Chemical Company. No opinions. Applications for leave to appeal to Appellate Division denied, with $10 costs in each case. Orders signed.

CONDREN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Kiernan E. Condren against the Brooklyn Heights Railroad Company.

PER CURIAM. Order of the County Court of Queens county affirmed, with $10 costs and disbursements.

HOOKER, J., dissents.

CORMACK v. NEW YORK, N. H. & H. RY. CO. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by Mark N. Cormack against the New York, New Haven & Hartford Railway Company. No opinion. Application granted. Order signed.

CORNWALL, Appellant, v. BELL TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by Clara C. Cornwall, as administratrix, against the Bell Telephone Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to go to Court of Appeals denied.

COOPER, Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Elizabeth C. Cooper, individually and in behalf of Mary Moore, deceased, against James Moore, Jr., individually and as administrator, etc., of Mary Moore, deceased. No opinion. Judgment (55 Misc. Rep. 102, 104 N. Y. Supp. 1049) affirmed, with costs.

COTTLER et al., Appellants, v. WIENER, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Louis Cottler and another against Morris Wiener. No opinion. Motion granted, without costs.

COZZENS v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by May Cozzens against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

CRAMSEY v. STERLING. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Edward Cramsey against Charles A. Sterling. No opinion. Motion denied, with $10 costs. Order filed.

In re CRANFORD CO. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) In the matter of the application of the Cranford Company for a peremptory writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements.

CREGG, Respondent, v. CROUCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1907.) Action by F. J. Cregg, as executor, etc., against Lorenzo D. Crouch.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., not voting.

CRISSMAN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Caroline Crissman, as executrix, etc., of Henry W. Crissman, deceased, against the Erie Railroad Company. No opinion. Motion for reargument or for leave to appeal to the Court of Appeals denied. See 107 N. Y. Supp. 827.

CROUCH, Appellant, v. CREGG et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by Lorenzo D. Crouch against F. J. Cregg, as executor, etc., and others.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., not voting.

CROWE, Appellant, v. CROWE, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Paul L. Crowe against Eugene F. Crowe. J. McLaren, for appellant. C. D. Ridgway, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

CUMMINGS, Respondent, v. STANDARD HARROW CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Charles J. Cummings against the Standard Harrow Company. No opinion. Judgment (55 Misc. Rep. 601, 105 N. Y. Supp. 646) unanimously affirmed, with costs.

DALY, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Patrick B. Daly against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

D'AMELIO, Respondent, v. ABRAHAM et al., Appellants. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Michele D'Amelio against Jacob Abraham and others. L. Levy, for appellants. J. H. Corn, for respondent. No opinion. Judgment (54 Misc. Rep. 386, 105 N. Y. Supp. 1019) affirmed, with costs. Order filed.